UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-20705-CR-GRAHAM

18 U.S.C. § 2422(b)
18 U.S.C. § 1470
18 U.S.C. § 2253
18 U.S.C. § 1467

MAGISTRATE JUDGE
GARBER

UNITED STATES OF AMERICA

v.

MARK OBERMAIER

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about June 13, 2002 through on or about June 14, 2002, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**MARK OBERMAIER,**

did knowingly and intentionally by means of a facility of interstate commerce, that is, by computer via the Internet and by a telephone, attempt to persuade, induce, entice, and coerce a person who has not attained the age of 18 years to engage in a sexual activity for which any person can be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

On June 14, 2002, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**MARK OBERMAIER,**

did knowingly and intentionally by means of a facility of interstate commerce, that is, by computer via the Internet, attempt to transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years; in violation of Title 18, United States Code, Section 1470.

### FORFEITURE

As a result of the foregoing offenses alleged in this Indictment, the United States is entitled to forfeiture of, and the defendant, MARK OBERMAIER shall forfeit to the United States, any and all property, real and personal, used or intended to be used in any manner to commit and to promote the commission of the aforementioned violations, including, but not limited to a Maxtor 20 gigabyte hard drive, serial number B1EYA22E, and a web camera.

All in violation of Title 18, United States Code, Sections 1467 and 2253.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DAVID A. GARDEY
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20705-CR-GRAHAM

UNITED STATES OF AMERICA

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

MAGISTRATE JUDGE
GARBER

**MARK OBERMAIER**

**Superseding Case Information:**

New Defendant(s)          Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

**Court Division:** (Select One)

_X_ Miami   ___ Key West
___ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

   FILED by _____ D.C.
   MAG. SEC.
   AUG 1 6 2002
   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. FLA. - MIAMI

3. Interpreter:   (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days      _X_         Petty      ___
   II   6 to 10 days     ___         Minor      ___
   III  11 to 20 days    ___         Misdem.    ___
   IV   21 to 60 days    ___         Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

DAVID GARDEY
ASSISTANT UNITED STATES ATTORNEY
Court Assigned No. A5500546

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

**02-20705-CR-GRAHAM**

**MAGISTRATE JUDGE GARBER**

Defendant's Name: MARK OBERMAIER   No.: _____

Count #: 1

Using the internet to entice or persuade a minor to engage in illegal sex

In violation of 18 USC § 2422(b)

*Max. Penalty: 15 Years Imprisonment

Count #: 2

Using the internet to transfer obscene material to a person under the age of sixteen

In violation of 18 USC § 1470

*Max Penalty: 10 Years Imprisonment

Count # :

*Max. Penalty:

Count #:

FILED by _____ D.C.
MAG. SEC.

AUG 16 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96