AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARK OBERMAIER

CASE NUMBER: 02-20705-CR-GRAHAM

**WARRANT FOR ARREST**

MAGISTRATE JUDGE GARBER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MARK OBERMAIER**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
using the internet in an attempt to entice and persuade a minor to engage in illegal sex and using the internet in an attempt to transfer obscene material to a person under the age of sixteen

in violation of Title __18__ United States Code, Section(s) __1470 and 2422(b)__

| CLARENCE MADDOX | CLERK OF COURT/COURT ADMINISTRATOR |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | 08/16/02, Miami, FL. Date and Location |

Bail fixed at $ __50,000 - 10%__ by **ROBERT L. DUBÉ**
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

**BOND RECOMMENDATION**


DEFENDANT __Mark Obermaier__

__$50,000 10% Bond__ (Personal Surety, Recognizance, Corporate Surety, Cash)

(Jail) (On Bond) (Warrant) (Summons) (Marshal's Custody)

_[signature]_
DAVID A. GARDEY
ASSISTANT UNITED STATES ATTORNEY


Last Known Address __6 Cambridge Avenue, Sicklerville, New Jersey__

What Facility_____

Agent __Special Agent Stanley Crowder (Secret Service)__
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (CUSTOMS)   (ATF)