# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MM 5800.08B
Attachment B

UNITED STATES OF AMERICA )   CASE NUMBER: CR 02-20705
          Plaintiff )
                      )
       -vs- )   REPORT COMMENCING CRIMINAL ACTION
                      )

MARK OBELMEZER )
#62926-004 Defendant

FILED by ___ D.C.
MAG. SEC.
SEP 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 9/13/02   9   a.m./(p.m.)

(2) LANGUAGE(S) SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED: 18 USC 1470 & 2422 B
Transfer of OBSCENE MATERIAL TO MINORS, Coercion & Enticement of Person<18 for Sexual Activity

(4) UNITED STATES CITIZEN: (X)YES   ( )NO   ( )UNKNOWN

(5) DATE OF BIRTH: 8/22/70

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[✓] INDICTMENT    [ ] COMPLAINT   CASE # _____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES  [ ]NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____   (9) ARRESTING OFFICER _____

(10) AGENCY U.S. SECRET SERVICE (11) PHONE # 305 629-1880

(12) COMMENTS _____

AO 442 (Rev. 5/93) Warrant for Arrest                                            SS 684642

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARK OBERMAIER

**WARRANT FOR ARREST**

CASE NUMBER: 02-20705

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MARK OBERMAIER _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
using the internet in an attempt to entice and persuade a minor to engage in illegal sex and using the internet in an attempt to transfer obscene material to a person under the age of sixteen

in violation of Title ____18____ United States Code, Section(s) ____1470 and 2422(b)____

| CLARENCE MADDOX | CLERK OF COURT/COURT ADMINISTRATOR |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 08/16/02, Miami, Fl. |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ 50,000. 10%  by  ROBERT L. DUBE
                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

COPY NOT FOR RETURN